UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:23CR8 |
| | : | |
| STERLING VAN ELLISON | : | |
| also known as "Sterl" | : | Violations: 21 U.S.C. § 841 |
| SHANNON BLAKELY ROBERTS | : | 21 U.S.C. § 846 |

**INDICTMENT**

**COUNT ONE**

The Grand Jury charges that:

1. On or about and between September 1, 2022, and February 27, 2023, in the Western District of Virginia and elsewhere, STERLING VAN ELLISON, also known as "STERL," SHANNON BLAKELY ROBERTS, and others, known and unknown, knowingly conspired with each other to knowingly and intentionally distribute and possess with the intent to distribute methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1).

2. As to STERLING VAN ELLISON, also known as "STERL," the object of the conspiracy was to distribute and possess with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

3. All in violation of Title 21, United States Code, Sections 846, 841(b)(1)(A)(viii) (as to ELLISON), and 841(b)(1)(C) (as to ROBERTS).

1

USAO# 2023R00036

## COUNT TWO

The Grand Jury charges that:

1. On or about January 18, 2023, in the Western District of Virginia and elsewhere, STERLING VAN ELLISON, also known as "STERL," as a principal and aider and abettor, knowingly and intentionally distributed and possessed with the intent to distribute methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

2. All in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

The Grand Jury charges that:

1. On or about February 17, 2023, in the Western District of Virginia and elsewhere, STERLING VAN ELLISON, also known as "STERL," and SHANNON BLAKELY ROBERTS, as principals and aiders and abettors, knowingly and intentionally distributed and possessed with the intent to distribute methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

2. All in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR

The Grand Jury charges that:

1. On or about February 23, 2023, in the Western District of Virginia and elsewhere, STERLING VAN ELLISON, also known as "STERL", as a principal and aider and abettor,

USAO# 2023R00036

knowingly and intentionally possessed with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

2. All in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## NOTICE OF FORFEITURE

1. Upon conviction of one or more of the felony offenses alleged in this Indictment, the defendants shall forfeit to the United States:

    a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses, pursuant to 21 U.S.C. § 853(a)(1).

    b. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said offenses, pursuant to 21 U.S.C. § 853(a)(2).

2. The property to be forfeited to the United States includes but is not limited to the following property:

    a. **Money Judgment**

    An undetermined sum of U.S. Currency and all interest and proceeds traceable thereto, in that such sum in aggregate was obtained directly or indirectly as a result of said offenses or is traceable to such property.

    b. **U.S. Currency**

    1. $45,660.10 in U.S. Currency

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

3

      b. has been transferred or sold to, or deposited with a third person;
      c. has been placed beyond the jurisdiction of the Court;
      d. has been substantially diminished in value; or
      e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL, this 27th day of June, 2023.

/s/ Grand Jury Foreperson

*Christopher R. Kavanaugh /PR* (signature)
CHRISTOPHER R. KAVANAUGH
United States Attorney

4

USAO# 2023R00036