CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

AUG 18 2026

LAURA A. AUSTIN, CLERK
BY: [signature]
DEPUTY CLERK

STERLING ELLISON #46043510
LSCI ALLENWOOD - P.O. BOX 1000
WHITE DEER, PA 17887

AUGUST 11, 2026

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

Attn: Hon. Pamela Sargent

RE: United States v. Ellison,
# 1:23cr8
Letter Motion for Recusal

Your Honor,

I respectfully submit this letter motion along with the Supplement to my brief pursuant to 28 U.S.C. § 2255. Specifically, I request that the Magistrate Judge assigned to my matter, Judge Sargent, be recused pursuant to 28 U.S.C. § 455(a), which provides that a "judge ... of the United States shall disqualify h[er]self in any proceeding in which h[er] impartiality might reasonably be questioned." As this Court ordered a competency hearing and questioned my ability to make decisions when the basis of my 2255 is based in part of my lawyer's failure to even listen to me and who was dismissive of me, and where the record suggests that an irretrievable breakdown in communication occurred and yet I was evaluated for mental competency, I respectfully move for Your Honor's recusal as proceeding further would prevent partiality in my case matter.

Further, I had also brought concerns of an altered warrant that was only mentioned on one day of proceedings on March 8, 2024 and which I never got to examine, my counsel did not evaluate, consult or advise me on and questioned me to the point where I felt that my desire to defend myself was further minimized and insulted with the questioning of my competency in considering the above. Therefore, I request that another judge be assigned to this case as it pleases the Court.

Respectfully Submitted,

[signature]

STERLING ELLISON